985 F.2d 552
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
Pablo CARPIO-REYES, Petitioner,
v.
UNITED STATES, Respondent.
 No. 92-1831.
 United States Court of Appeals,
First Circuit.
 December 8, 1992
 
 APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
 Pablo Carpio-Reyes on brief pro se.
 Daniel F. Lopez-Romo, United States Attorney, Edwin O. Vazquez, Assistant United States Attorney, and Jose A. Quiles-Espinosa on Motion for Summary Disposition and Memorandum of Law in Support.
 D.Puerto Rico.
 AFFIRMED.
 Before Breyer, Chief Judge, Torruella and Cyr, Circuit Judges.
 Per Curiam.
 
 
 1
 In view of the Supreme Court's recent decision in United States v. Wilson, 112 S.Ct. 1351 (1992), which concluded that it is the Attorney General-and not the court-who decides whether time spent in detention will be credited towards a sentence, the district court properly denied appellant's motion for credit for time spent on bond.
 
 
 2
 Affirmed.